# EXHIBIT C

EXHIBIT C
PAGE 28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>       Plaintiff,<br><br>  v.<br><br>LENOX CORPORATION,<br><br>       Defendant. | No. C 22-09004 WHA<br><br>**ORDER RE NOTICE OF<br>VOLUNTARY DISMISSAL** |

The parties agree that no notice to putative class members regarding the voluntary dismissal of this action is necessary (Dkt. Nos. 40, 41). While the Court is not required to bless plaintiff's voluntary dismissal without prejudice under Rule 41(a), it does have the duty to require plaintiff's counsel to give appropriate notice to potential class members. Although this action is in relative infancy, plaintiff's counsel is hereby **ORDERED** to post notice of the dismissal in the same manner, for the same length of time, and by the same means counsel used to publicize the pendency of the case, so as to alert putative class members to bring their own suits under *American Pipe*. Plaintiff's counsel **SHALL FILE** a declaration explaining what notice, if any, shall be given pursuant to the foregoing. Upon review of such filing, the file will likely be closed. If, moreover, the same or similar suit is filed by counsel for plaintiff against Lenox, then both counsel shall **WITHIN 28 DAYS** send a letter to the undersigned judge so advising.

Dated: May 24, 2023.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

EXHIBIT C
PAGE 29