PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHLS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-01988-AJB-KSC<br>Assigned to Honorable Anthony J. Battaglia<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 29, 2022<br>Removed: October 27, 2023 |

TO THE COURT AND ALL PARTIES:

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Miguel Esparza and Defendant Kohls, Inc, move and jointly request that this Court enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. No class has been certified and no class is proposed to be certified for purposes of settlement as contemplated by FRCP Rule 23(e). Each party shall bear its own costs and attorneys' fees.

    IT IS SO MOVED.

Respectfully submitted,

Dated: July 11, 2024      **PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

Dated: July 11, 2024      **KELLEY DRYE & WARREN LLP**

By: */s/ Becca J. Wahlquist*
    Becca J. Wahlquist
    Attorneys for Defendant

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

*/s/Scott J. Ferrell*
Scott J. Ferrell

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2024, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                      */s/ Scott J. Ferrell*
                                        Scott J. Ferrell