# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHLS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-01988-AJB-KSC<br>Assigned to Honorable Anthony J. Battaglia<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION** |

The Court, having considered the parties' Joint Motion for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the Complaint in the above-entitled action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 12, 2024

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing **[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.